IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER LEWIS BARROW, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO.  2:12-cv-0656-TMH |
| | )           WO |
| ANTHONY G. ELLIS, *et al.*, | ) |
| | ) |
| Defendants. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #16) filed on October 22, 2012 to the Recommendation of the Magistrate Judge is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #10) filed on October 4, 2012 is adopted;

3. The § 1983 claims presented against defendants Scarbrough, McAliley, and Anderson are DISMISSED with prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i) & (iii);

4. Defendants Scarbrough, McAliley, and Anderson are DISMISSED as parties to the complaint;

5. Plaintiff's challenges to the constitutionality of his pending criminal charges are DISMISSED without prejudice pursuant to the provision of 28 U.S.C. § 1915(e)(2)(B)(ii)

as such claims are not properly before the court at this time; and

      6.  This case, with respect to plaintiff's complaint against defendant Ellis is referred back to the Magistrate Judge for further proceedings.

      DONE this the 6th day of November, 2012.

                                        /s/ Truman M. Hobbs
                                        TRUMAN M. HOBBS
                                        SENIOR UNITED STATES DISTRICT JUDGE