IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER LEWIS BARROW, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. 2:12cv-656-WHA |
| ANTHONY G. ELLIS, | )   (WO) |
| Defendant. | ) |

### **ORDER**

This case is before the court on the Recommendation of the Magistrate Judge (Doc. #37), entered on September 3, 2015. There being no timely objection filed to the Recommendation, and after a review of the file, the Recommendation is ADOPTED, and it is hereby ORDERED as follows:

1. Defendant's Motion for Summary Judgment (Doc. #31) is GRANTED.

2. This case is DISMISSED with prejudice.

DONE this 24th day of September, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE